QUIN DENVIR, Bar #49374
Federal Defender
ALLISON CLAIRE, Bar #170138
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
MONTERIO TYRONE PINCKNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONTERIO TYRONE PINCKNEY, | ) | NO. CIV S-05-0144 FCD GGH P |
| | ) | |
| Petitioner, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) | **EXTENDING TIME TO FILE JOINT** |
| | ) | **SCHEDULING STATEMENT** |
| D.L. RUNNELS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

     Petitioner, MONTERIO TYRONE PINCKNEY, and Respondent, D.L. RUNNELS, by and through their undersigned counsel, hereby agree and stipulate as follows:

     1.  Counsel was appointed for petitioner by order filed March 11, 2005.  For reasons unknown to the undersigned, the order never reached the Habeas and Appeals Unit of the Federal Defender's Office.  On April 14, 2005, Assistant Federal Defender Ann McClintock received a telephone call from the Office of the Attorney General regarding the status of this case.  No case file for Mr. Pinckney had been opened in this office, and counsel had not yet been assigned.

2.   Assistant Federal Defender Allison Claire has now been assigned to represent Mr. Pinckney.  Newly-assigned counsel has no familiarity with the case.  Time is required to obtain a copy of the district court file, copies of all files and transcripts related to the underlying criminal case, and the files of past and pending collateral state proceedings.  Petitioner's counsel cannot prepare a joint scheduling statement without preliminary review of these documents and files.

3.   Deputy Attorney General Laura Simpton, counsel for respondent, was also unaware of the order appointing counsel, directing service of the petition, and requiring a joint scheduling statement. Recent implementation of a new computerized document management system in the Office of the Attorney General has caused delays in the receipt of documents, and related administrative problems.  As the result of this transition, counsel for respondent was unaware of the need to prepare a joint scheduling statement until April 14, 2005.  Counsel for respondent has not yet personally received the petition and related files.  Respondent's counsel cannot prepare a joint scheduling statement without preliminary review of all documents and files related to the case.

4.   Accordingly, the parties respectfully request that the deadline for the joint scheduling statement be extended to May 30, 2005.

///
///
///

2

1      5.  Counsel for respondent has authorized the undersigned to electronically sign this document on her behalf.

Dated:  April 15, 2005

                                          Respectfully submitted,

                                          QUIN DENVIR
                                          Federal Defender

                                          /s/_____
                                          ALLISON CLAIRE
                                          Assistant Federal Defender
                                          Attorneys for Petitioner
                                          MONTERIO TYRONE PINCKNEY

Dated:  April 15, 2005
                                          BILL LOCKYER
                                          Attorney General

                                          /s/_____
                                          LAURA SIMPTON
                                          Deputy Attorney General
                                          Attorneys for Respondent
                                          D.L. RUNNELS

## [PROPOSED] ORDER

By stipulation of the parties and for good cause shown, the parties' joint request for an extension of time to file the scheduling statement is hereby GRANTED.  The joint scheduling statement shall be filed no later than May 30, 2005.

IT IS SO ORDERED.

Dated: 4/20/05
                                          /s/ Gregory G. Hollows
                                          _____
                                          HON. GREGORY G. HOLLOWS
                                          U.S. Magistrate Judge

pinc0144.eot04