DANIEL J. BRODERICK, #89424
Federal Defender

CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Petitioner
MONTERIO PINCKNEY


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| MONTERIO TYRONE PINCKNEY, | ) | NO. Civ. S-05-00144 FCD GGH P |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | Judge:   Hon. Gregory G. Hollows |
| A.K. SCRIBNER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

On July 7, 2006, Petitioner filed an unopposed request to reset the briefing schedule in this case. Good cause appearing, IT IS HEREBY ORDERED that:

   1.   Petitioner must file any supplemental memorandum of points and authorities no later than September 1, 2006;

   2.   Respondent must file a response in the form of an answer or a motion to dismiss within 60 days of the date of service of

*Pinckney v. Scribner*
*CIV S-05-00144 FCD GGH P*
*[Proposed] Order Extending Time*                1

              any supplemental memorandum by petitioner, or expiration of
              the time therefore;
     3.       Petitioner must file, as appropriate, within 30 days
              thereafter, an opposition or a reply (traverse);
     4.       Should respondent file an answer, if petitioner deems it
              necessary, any motion for an evidentiary hearing must be
              filed at the earliest opportunity; should petitioner so move,
              respondent will have 30 days to file any opposition, and
              petitioner, thereafter, will have 15 days to file any reply.

Dated: 7/21/06                    /s/ Gregory G. Hollows
                                  _____
                                  Gregory G. Hollows
                                  United States Magistrate Judge

pinc0144.po

*Pinckney v. Scribner*
*CIV S-05-00144 FCD GGH P*
*[Proposed] Order Extending Time*           2