IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MONTERIO TYRONE PINCKNEY,** | 2:05 cv 0144 FCD GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **A.K. SCRIBNER, Warden,** | |
| Respondent. | |

Respondent requests an extension of time to respond to Petitioner's Petition for Writ of Habeas Corpus. Good Cause appearing,

IT IS HEREBY ORDERED THAT Respondent, A. K. Scribner, is granted an extension of time of thirty (30) days, up to and including November 30, 2006, to complete and file his answer to Petitioner's Petition for Writ of Habeas Corpus.

Dated: 11/7/06

/s/ Gregory G. Hollows

The Honorable Gregory G. Hollows

pinc0144.po2

[Proposed] Order

1