IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTERIO TYRONE PINCKNEY,

    Petitioner,                                   No. CIV S-05-144 FCD CHS P

    vs.

A.K. SCRIBNER, Warden,

    Respondent.                        <u>ORDER</u>

_____/

        Petitioner, through counsel, requests a 30 day extension of time to file objections to the Magistrate Judge's Findings and Recommendations entered February 25, 2009. Counsel states that respondent does not oppose the request. Good cause appearing, the request will be granted. No further extensions will be allowed, except for good cause shown under extraordinary circumstances.

        IT IS HEREBY ORDERED that:

        1. Petitioner's March 5, 2009 request for an extension of time is granted; and

        2. Petitioner has an additional thirty days, up to and including April 16, 2009, in which to file and serve objections to the Magistrate Judge's Findings and Recommendations.

DATED: March 10, 2009

*Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1