1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MONTERIO TYRONE PINCKNEY,

11          Petitioner,                        No. CIV S-05-144 FCD CHS P

12       vs.

13   A.K. SCRIBNER, Warden,

14          Respondent.                ORDER

15   _____/

16          Pursuant to Petitioner's unopposed request, and good cause appearing therefor, it

17   is hereby ordered that the deadline for filing Objections to the Magistrate Judge's Findings and

18   Recommendations is extended to April 17, 2009

19       IT IS SO ORDERED.

20
     Dated: April 17, 2009
21
                                          CHARLENE H. SORRENTINO
22                                        UNITED STATES MAGISTRATE JUDGE

23

24

25

26

                                          1